UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS HERRERA, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PANERA BREAD COMPANY,<br><br>　　　　　　Defendant. | Civil Action No.<br><br><br>**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**<br><br>**[FILED ELECTRONICALLY]** |

**TO:　THE CHIEF JUDGE AND JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY:**

　　　　**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446, defendant Panera, LLC d/b/a Panera Bread ("defendant"), by and through its undersigned attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, on this date have filed this Notice of Removal from the Superior Court of New Jersey, Law Division, Hudson County to the United States District Court for the District of New Jersey, together with all process, pleadings, and orders, as required by 28 U.S.C. §1446(a), copies of which are attached hereto as Exhibit A, and made part hereof, and that said Notice respectfully shows that:

　　　　1.　　The above named defendant is a defendant in a civil action brought in the Superior Court of New Jersey, Law Division, Hudson County entitled <u>Carlos Herrera, on behalf of himself and all others similarly situated, Plaintiff v. Panera Bread Company, Defendant</u>, Docket No. HUD-L-2395-23.

2. This action was commenced on or after July 6, 2023 by plaintiff Carlos Herrera ("Herrera" or "plaintiff") by the filing of a Complaint in the Superior Court of New Jersey, Law Division, Hudson County.

3. The Summons in this matter is dated July 6, 2023.  Defendant received the Summons / Complaint via mail sometime after July 6, 2023, and also received the Summons / Complaint via e-mail on July 12, 2023.

4. Copies of the aforementioned documents received by defendant – and any other pleadings on file with the Superior Court of New Jersey, Law Division, Hudson County are included in the documents annexed hereto as Exhibit A.  In filing this Notice of Removal, the defendant does not waive any objections, exceptions or defenses to plaintiff's Complaint.

5. The aforesaid pleadings constitute all process, pleadings and orders received by the defendant in this action.

6. In the Complaint, plaintiff alleges violations of the federal law known as the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq. ("ADA").  See Exhibit A, plaintiff's Complaint.

7. Accordingly, this Court has original jurisdiction of the above-entitled action on the basis of the existence of a federal question pursuant to 28 U.S.C. § 1331, as plaintiff's claims are governed at least in part by the ADA.

8. As jurisdiction over the subject matter of this action is conferred on this Court by 28 U.S.C. § 1331, this action may be removed to this Court by defendant pursuant to 28 U.S.C. § 1441.

9. This Court also has original jurisdiction of the above-entitled action on the basis of diversity of citizenship pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441. In particular, plaintiff alleges in his Complaint that he is a resident of New Jersey (see Exhibit A, in particular please see paragraph no. 15 of the Complaint). By reason of said residence and domicile in New Jersey, plaintiff is a citizen thereof. In addition, the defendant's (i) state of incorporation, and (ii) principal place of business are outside the State of New Jersey. The defendant, therefore, is not a citizen of New Jersey for purposes of diversity jurisdiction. Thus, there is complete diversity.

10. Further, upon information and belief and the facts set forth herein, the matter is controversy exceeds the sum or value of $75,000 exclusive of interest and costs. Specifically, the plaintiff seeks to recover damages from the defendant for alleged violations of the ADA, in particular plaintiff seeks damages (see paragraph no. 29 of the Complaint), and also seeks attorneys' fees and expert fees (see Prayer for Relief section of the Complaint). All of the foregoing show that the matter in controversy is an amount in excess of the $75,000 threshold contained in 28 U.S.C. § 1332(a).

11. Therefore, this is a civil action between citizens of different states where the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, of which the United States District Courts have original jurisdiction pursuant to 28 U.S.C. § 1332(a) and, therefore, this civil action may be removed to this Court pursuant to 28 U.S.C. § 1441. As jurisdiction over the subject matter of this action is conferred on this Court by 28 U.S.C. § 1332, this action may be removed to this Court by defendant pursuant to 28 U.S.C. § 1441.

12. In compliance with 28 U.S.C. §1446(b), this Notice of Removal is timely filed with this Court within thirty (30) days after the defendant's first receipt of a copy of the initial

pleadings setting forth the claim for relief upon which this action or proceeding is based and within thirty (30) days after receipt of the Complaint by the defendant.

13. Defendant reserves the right to raise any and all objections, exceptions, or defenses to the Complaint.

14. Upon filing the within Notice of Removal in the office of the Clerk of the United States District Court for the District of New Jersey, defendant also filed a copy of this Notice with the Clerk of the Superior Court of New Jersey, Law Division, Hudson County to effect removal of this action to the United States District Court pursuant to 28 U.S.C. §1441 and 1446(b). A true and exact copy of the Notice filed with the Superior Court of New Jersey, Hudson County - without attachments – is annexed hereto as Exhibit B.

**WHEREFORE**, defendant prays that given that the statutory requirements have been met, that the above-captioned action now pending in Superior Court of New Jersey, Law Division, Hudson County be removed to this Court.

        **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
        Gregg S. Kahn
        7 Giralda Farms
        Madison, New Jersey 07940
        Tel: (973) 624-0800
        Fax: (973) 624-0808
        Attorneys for Defendant
        Panera, LLC

By: _/s/ Gregg S. Kahn_____
        Gregg S. Kahn

Dated: August 7, 2023